IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Case No. 1:11-CR-344 |
| v.    ) | |
| ) | Hon. Leonie M. Brinkema |
| HOWARD R. SHMUCKLER,    ) | |
| ) | |
| Defendant.    ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States of America hereby files a Notice of Supplemental Authority to bring to the Court's attention the Fourth Circuit's decision in United States v. Day, ___ F.3d ___, No. 11-5218, 2012 WL 5954690 (4th Cir. Nov. 29, 2012).

In the Day case, which is binding authority on this Court, the Fourth Circuit held that the Supreme Court's recent decision in United States v. Southern Union, 132 S. Ct. 2344 (2012), does not extend the principals articulated in Apprendi v. New Jersey, 530 U.S. 466 (2000) to restitution decisions.  The court recognized that while "Southern Union makes clear that Apprendi requires a jury determination regarding any fact that increases the penalty for a crime beyond the prescribed statutory maximum, * * * there is no prescribed statutory maximum in the restitution context; the amount of restitution that a court may order is instead indeterminate and varies based on the amount of damage and injury caused by the offense." Day, 2012 WL 5954690, at *17 (quotations omitted) (emphasis in original).  "As a consequence, the rule of Apprendi is simply not implicated to begin with by a trial court's entry of restitution." Id.

Accordingly, in determining the proper amount of restitution to be paid to defendant Howard Shmuckler's victims, the Court is not limited to the losses related only to the conduct to which defendant admitted as part of his guilty plea, i.e., the conduct specifically associated with six counts in the indictment. The government, therefore, respectfully renews its request that the Court order restitution in the full amount the losses sustained by all–not just some–of the victims: $1,848,279.00.

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By:     /s/
        Timothy D. Belevetz
        Assistant U.S. Attorney
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Tel: (703) 299-3700
        Fax: (703) 299-3981
        timothy.d.belevetz@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November 2012, I filed electronically the foregoing Notice of Supplemental Authority using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Rachel S. Martin
Assistant Federal Public Defender
Attorney for Defendant
1650 King Street, Suite 500
Alexandria, VA  22314
Tel:    (703) 600-0800
Fax:    (703) 600-0880
rachel_martin@fd.org

Todd M. Richman
Assistant Federal Public Defender
Attorney for Defendant
1650 King Street, Suite 500
Alexandria, VA  22314
Tel:    (703) 600-0800
Fax:    (703) 600-0880
todd_richman@fd.org

Counsel for Defendant Howard R. Shmuckler

Joanne Lauder
U.S. Probation Officer
401 Courthouse Square
Alexandria, VA  22314
Tel:  (703) 299-2300
Fax: (703) 366-2350
joanne_lauder@vaep.uscourts.gov

                                              /s/
                                      Timothy D. Belevetz
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      2100 Jamieson Avenue
                                      Alexandria, VA  22314
                                      Tel:    (703) 299-3700
                                      Fax:    (703) 299-3981
                                      timothy.d.belevetz@usdoj.gov